IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL HOWELL,

    Plaintiff,

v.                                              No. CV-10-1241 LFG/CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on Plaintiff Rachel Howell's *Motion to Process In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915*. (Doc. 4). The Court has reviewed Plaintiff's motion and finds that it is well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint upon the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE